FILED
2024 Mar-01 PM 02:02
U.S. DISTRICT COURT
N.D. OF ALABAMA

PFE/WRM/DCG: MAR. 2024
GJ# 23

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** | ) |
| | ) |
| v. | ) Case No. |
| | ) |
| **MARKEIAS TERRELL THOMPSON** | ) |

## <u>INDICTMENT</u>

**<u>COUNT ONE</u>: [18 U.S.C. § 922(o) and 924(a)(2)]**

The Grand Jury charges:

That on or about the 18th day of October 2023, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**MARKEIAS TERRELL THOMPSON**,

did knowingly possess a machinegun, that is, a Glock .40 caliber pistol modified by the installation of a machinegun conversion device designed to shoot automatically more than one shot, without manual reloading, by a single function of the trigger, commonly referred to as a "Glock Switch," in violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

**COUNT TWO: [18 U.S.C. §§ 922(a)(6) and 2]**

The Grand Jury charges:

That on or about the 8th day of December 2023, in Tuscaloosa County, within the Northern District of Alabama, the defendant,

**MARKEIAS TERRELL THOMPSON**,

aided, abetted, counseled, commanded, induced, and procured K.H., in connection with the acquisition of a firearm, a Glock, Model 19x 9mm pistol, from Guns and Ammo, LLC, a licensed dealer of firearms within the meaning of Chapter 44, Title 18, United States Code, to knowingly make a false and fictitious statement to Guns and Ammo, LLC, which statement was intended and likely to deceive Guns and Ammo, LLC, as to a fact material to the lawfulness of such sale of the said firearm to K.H. under chapter 44 of Title 18, in that K.H. represented that he was the actual transferee/buyer of the firearm on the Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearms Transaction Record, when in truth and in fact, as **THOMPSON** and K.H. then knew, K.H. was not the actual transferee/buyer of the firearm, in violation of Title 18, United States Code, Sections 922(a)(6) and 2.

## NOTICE OF FORFEITURE
### 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c)

1. The allegations contained in Count One and Two of this Indictment are hereby

re-alleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

2. Upon conviction of the offense charged in Count One and Two of this Indictment the Defendant shall forfeit to the United States of America, pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c), all firearms and ammunition involved in or used in the commission of the offense, including, but not limited to **a Glock, model 22, .40 caliber pistol bearing serial number SBF360, a machine gun conversion (MCD) device located on the back of the Glock, 22, and any associated ammunition and magazines.**

A TRUE BILL

/s/electronic signature
FOREPERSON OF THE GRAND JURY

                                      PRIM F. ESCALONA
                                      United States Attorney

                                      /s/electronic signature
                                      WILLIAM R. MCCOMB
                                      Assistant United States Attorney

                                      /s/ electronic signature
                                      DARIUS C. GREENE
                                      Assistant United States Attorney